Acknowledged.

This action is hereby dismissed with prejudice.

Date: ___9/18/2020___

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEE WALTON,<br><br>    Plaintiff,<br><br>v.<br><br>ST. VINCENT HEALTH, INC.<br><br>    Defendant. | Case No. 1:20-CV-557-SEB-TAB |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff, Lee Walton, and Defendant, St. Vincent Health, Inc., having reached an agreement to resolve this matter, hereby stipulate to the dismissal with prejudice of all claims by Lee Walton, pursuant to Fed. R. Civ. Pro. 41(a)(1)(b), with each party to bear her/its own attorneys' fees and costs.

| LEE WALTON | ST. VINCENT HEALTH, INC. |
|---|---|
| /s/ Ryan Sullivan | /s/ Emily Connor (with permission) |
| Ryan Sullivan<br>BIESECKER DUTKANYCH & MACER, LLC<br>144 N. Delaware Street<br>Indianapolis, Indiana 46204<br>Tel.: (317) 991-4765<br>Facsimile: (812) 424-1005<br>Email: rsullivan@bdlegal.com | Emily Connor<br>Bianca V. Black<br>LITTLER MENDELSON, P.C.<br>111 Monument Circle, Suite 702<br>Indianapolis, IN 46204<br>Telephone: 317.287.3600<br>Facsimile: 317.636.0712<br>Email: econnor@littler.com<br>       bblack@littler.com |